IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-00426-REB-MJW

HARDSCRABBLE RANCH, LLC
f/k/a Farley Ranch, LLC,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER GRANTING STIPULATED
## MOTION TO AMEND SCHEDULING ORDER ( Docket No. 15 )

---

This matter having come before the Court on the Parties' Stipulated Motion to Amend Scheduling Order (the "Motion"), and the Court having reviewed the Motion and being fully advised on the premises,

IT IS HEREBY ORDERED that the Parties' Motion is **granted**. The Scheduling Order is amended as follows:

    A.    The deadline for F.R.C.P. 26(a)(2) expert disclosures is extended to September 22, 2014;

    B.    The deadline for rebuttal expert disclosures is extended to October 21, 2014; and

02022026.2

C.   The discovery cut-off deadline is extended to November 11, 2014.

Dated: August 12TH, 2014

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO