IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:14-cv-00426-REB-MJW**

HARDSCRABBLE RANCH, LLC
f/k/a Farley Ranch, LLC,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER GRANTING SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER** ( Docket no 18 )

---

This matter having come before the Court on the Parties' Second Stipulated Motion to Amend Scheduling Order (the "Motion"), and the Court having reviewed the Motion and being fully advised on the premises,

IT IS HEREBY ORDERED that the Parties' Motion is **granted**. The Scheduling Order is amended as follows:

    A.    The deadline for F.R.C.P. 26(a)(2) expert disclosures is extended to October 15, 2014 for the purposes of the expert disclosure of Steven W. Deitemeyer (Deitemeyer Expert Disclosure Deadline);

    B.    The deadline for Defendant's rebuttal disclosure to the expert disclosure of Steven W. Deitemeyer is extended to November 12, 2014 ("Deitemeyer Rebuttal Disclosure Deadline"); and

02022026.2

C. The Discovery Cut-Off is extended to November 26, 2014.

D. The Dispositive Motions Deadline is extended to December 15, 2014.

Dated: September 16TH, 2014

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

02022026.2