**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00426-REB-MJW

HARDSCRABBLE RANCH, LLC, f/k/a Farley Ranch, LLC,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the **Order Granting Motion To Dismiss** [#46] of Judge Robert E. Blackburn entered on September 11, 2015 it is

      ORDERED that under Fed. R. Civ. P. 56 and 28 U.S.C. § 2680(a), the claims of the plaintiff are dismissed for lack of subject matter jurisdiction; it is

      ORDERED that judgment shall enter in favor of the defendant, the United States of America, against the plaintiff, Hardscrabble Ranch, LLC, f/k/a Farley Ranch, LLC; and

      ORDERED that the defendant is awarded its costs to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      Dated at Denver, Colorado this 11th day of September, 2015.

      FOR THE COURT:
      JEFFREY P. COLWELL, CLERK

      By: s/   K. Finney

            K. Finney
            Deputy Clerk